Justin X. Wang (CSB166183)
Peggy Shih (CSB197545)
BAUGHMAN & WANG
111 Pine Street, Suite 1350
San Francisco, CA 94111
Tel: (415) 576-9923
Fax: (415) 576-9929

Attorney for Plaintiff
MIKHAIL DMITRIEV

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

Mikhail Dmitriev

Plaintiff

vs.

*Michael Chertoff*, Secretary of the Department of Homeland Security; *Emilio T. Gonzalez*, Director, U.S. Citizenship and Immigration Services; *Robert S. Mueller*, Director of Federal Bureau of Investigation

Defendants.

**Case No.: C 06-07677 JW**

**STIPULATION TO RESET CASE MANAGEMENT CONFERENCE AND BRIEFING SCHEDULE; AND [PROPOSED] ORDER**

**Date: April 9, 2007**
**Time: 9:00 a.m.**
**Courtroom: 8, 4th Floor**

Plaintiff Mikhail Dmitriev and the defendants, through their undersigned counsel, stipulate and agree as follows:

1. Plaintiff, who previously represented himself in pro per, filed his opposition to Defendants' Motion to Dismiss on February 22, 2007.

2. Plaintiff recently retained his current counsel, Justin Wang, Esq. and Peggy Shih, Esq., of the Law Offices of Baughman & Wang, on March 27, 2007.

3. A Case Management Conference (CMC) is presently scheduled for April 9, 2007; and a hearing on the Motion to Dismiss with the Court is presently scheduled for April 9, 2007.

4. The parties respectfully request that the hearing be rescheduled to April 30, 2007 to Allow Plaintiff to file his supplementary opposition to Defendants' Motion to Dismiss and for Defendants to file a supplement to their motion to dismiss and their reply in support of their motion.

5. Plaintiff will file his supplementary memorandum in opposition to Defendants' motion on or before April 9, 2007.

6. Defendants may file their reply in further support of its motion on or before April 16, 2007.

7. In the interest of conserving judicial resources, the parties further respectfully request that the Court reset the CMC to the same time as the hearing on April 30, 2007. The Case Management Statement will be filed 7 days before the CMC on April 23, 2007.

PEGGY A. SHIH
111 Pine Street, #1350
San Francisco, CA 94111
(415) 576-9923
Attorney for Plaintiff

EDWARD A. OLSEN
Assistant United States Attorney
450 Golden Gate Avenue, Box 36055
(415) 436-6915
Attorney for Defendants

ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date: 3/30/2007

United States District Judge