IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Mikhail Dmitriev, | NO. C 06-07677 JW |
| Plaintiff, | **ORDER VACATING HEARING; VACATING CASE MANAGEMENT CONFERENCE** |
| v. | |
| Michael Chertoff, et al., | |
| Defendants. | |

Pursuant to Civil Local Rule 7-1(b), the Court takes Defendants' Motion to Dismiss under submission without oral argument. Accordingly, the hearing currently scheduled for April 30, 2007 is VACATED. The Case Management Conference currently scheduled for April 30, 2007 is also VACATED. The Court will set a Case Management Conference in its order on Defendants' Motion to Dismiss.

Dated: April 26, 2007

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Edward A. Olsen edward.olsen@usdoj.gov
Peggy Ann Shih peggy@lawbw.com

**Dated:  April 26, 2007**                    **Richard W. Wieking, Clerk**

                              **By:   /s/JW Chambers
                                     Elizabeth Garcia
                                     Courtroom Deputy**