SCOTT N. SCHOOLS, SC 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6915
FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MIKHAIL DMITRIEV,                              ) | No. C 06-7677 JW |
|                       Plaintiff,               ) | |
|                                                ) | |
|            v.                                  ) | |
|                                                ) | |
| MICHAEL CHERTOFF, Secretary of the             ) | **STIPULATION TO EXTEND DATE OF** |
| Department of Homeland Security;               ) | **CASE MANAGEMENT CONFERENCE;** |
| EMILIO T. GONZALEZ, Director of U.S.           ) | **AND [PROPOSED] ORDER** |
| Citizenship and Immigration Services;          ) | |
| ROBERT S. MUELLER, Director of the             ) | |
| Federal Bureau of Investigation,               ) | |
|                                                ) | |
|                       Defendants.              ) | |

The plaintiff, by and through his attorney of record, and defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to extend the date of the case management conference from June 4, 2007, to July 23, 2007, in light of the following:

(1) The plaintiff filed an I-485 application to adjust his status to lawful permanent resident with the United States Citizenship and Immigration Services (USCIS) on January 30, 2004. The application is pending.

(2) On December 14, 2006, the plaintiff filed this action seeking to compel the USCIS to adjudicate his I-485 application.

(3) The defendants filed a motion to dismiss the plaintiff's action; the plaintiff filed an

STIPULATION TO EXTEND DATE OF CMC
C06-7677 JW                                      1

1 opposition; and the defendants filed a reply.

2    (4) On March 29, 2007, this Court granted the parties' stipulation to extend the date of the
3 case management conference, previously scheduled for April 2, 2007, to April 9, 2007, in light of
4 the fact that the hearing on the defendants' motion to dismiss was scheduled for April 9, 2007.

5    (5) On March 30, 2007, this Court granted the parties' stipulation to re-schedule the case
6 management conference and the hearing date on the defendants' motion to dismiss from April 9,
7 2007, to April 30, 2007, in light of the fact that the plaintiff had recently obtained counsel.

8    (6) On May 4, 2007, this Court issued an order granting in part and denying in part
9 defendants' motion to dismiss, and scheduled a case management conference for June 4, 2007.

10    (7) In light of the fact that the defendants have taken steps to expedite the processing of the
11 plaintiff's name check, which must be completed by the FBI before USCIS can adjudicate the
12 plaintiff's I-485 application, the parties believe that there is a reasonable probability that this case
13 may soon be moot.

14    (8) Accordingly, in the interests of judicial economy, the parties respectfully ask this Court to
15 extend the case management conference, currently scheduled for June 4, 2007, for approximately
16 50 days, to July 23, 2007, at 10:00 a.m.

17    (9) If USCIS adjudicates the plaintiff's I-485 application before July 23, 2007, the parties will
18 file a stipulation to dismiss this action. If USCIS does not adjudicate the plaintiff's I-485
19 application before July 23, 2007, the parties will file a joint case management statement ten days
20 in advance of the July 23, 2007 case management conference.

1
2  Date: May 24, 2007                                    Respectfully submitted,
3                                                        SCOTT N. SCHOOLS
                                                         United States Attorney
4
5                                                               /s/
                                                         EDWARD A. OLSEN
6                                                        Assistant United States Attorney
                                                         Attorneys for Defendants
7
8
9  Date: May 24, 2007                                           /s/
10                                                       JUSTIN X. WANG
                                                         Attorney for Plaintiff
11
12
13
14                                                  **ORDER**

15      Pursuant to stipulation, IT IS SO ORDERED.

16
17  Date:    May 25 2007
                                                         _____
18                                                       JAMES WARE
                                                         United States District Judge
19
20
21
22
23
24
25
26
27
28

STIPULATION TO EXTEND DATE OF CMC
C06-7677 JW                                    3