1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD OLSEN, CSBN 214150
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-6915
      FAX: (415) 436-6927
7

8  Attorneys for Defendants

9

10

11

12

**IT IS SO ORDERED**

*James Ware*

Judge James Ware

                    UNITED STATES DISTRICT COURT

                    NORTHERN DISTRICT OF CALIFORNIA

                          SAN JOSE DIVISION

13  MIKHAIL DMITRIEV,                       )  No. C 06-7677 JW
                                            )
14            Plaintiff,                     )
                                            )
15       v.                                  )  **STIPULATION TO DISMISS; AND
                                            )  [PROPOSED] ORDER**
16  MICHAEL CHERTOFF, Secretary of the       )
    Department of Homeland Security;         )
17  EMILIO T. GONZALEZ, Director of U.S.     )
    Citizenship and Immigration Services;    )
18  ROBERT S. MUELLER, Director of the       )
    Federal Bureau of Investigation,         )
19                                          )
              Defendants.                    )
20  _____   )

21

22       Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys

23  of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action in light of

24  the adjudication of Plaintiff's adjustment of status application.

25       Each of the parties shall bear their own costs and fees.

26  ///

27  ///

28

Stip to Dismiss
C06-7677 JW                                    1

1  Dated: June ___7___, 2007                    Respectfully submitted,

2                                               SCOTT N. SCHOOLS
                                                United States Attorney
3

4

5                                               EDWARD A. OLSEN
                                                Assistant United States Attorney
6                                               Attorney for Defendants

7  Dated: June _6_, 2007

8                                               JUSTIN X. WANG
                                                Attorney for Plaintiff
9

10                          **ORDER**

11      Pursuant to stipulation, IT IS SO ORDERED.
        The Clerk shall close this file.
12

13  Date: June 8, 2007

14                                              JAMES WARE
                                                United States District Judge
15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stip to Dismiss
C06-7677 JW                                2